**FILED
CLERK**

August 2, 2024

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

**Yossef Kahlon a/k/a Jossef Kahlon
and Atlas Solar Holdings LLC,**

                         Plaintiffs,   **RECUSAL ORDER**

                    -against-   2:24-cv-05383 (PKC)(JMW)

**Erica T. Yitzhak, The Law Offices of
Erica T. Yitzhak, and Erica T. Yitzhak,
Esq., P.C.,**

                        Defendants.
-----------------------------------------------------------X

**WICKS, Magistrate Judge**

    The undersigned hereby recuses himself from the above entitled case pursuant to 28 U.S.C., Section 455 (a) and it is requested that the Clerk of the Court reassign this case to another Magistrate Judge in the ordinary course of business.

                                            **SO ORDERED**:

                                            s/ *James M. Wicks*
                                            JAMES M. WICKS
                                            United States Magistrate Judge

Dated:    August 2, 2024