UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YOSSEF KAHLON a/k/a JOSSEF KAHLON            Case No.: 24-cv-05383
and ATLAS SOLAR HOLDINGS, LLC,

                Plaintiff,                **NOTICE OF MOTION**

    -against-

ERICA T. YITZHAK, THE LAW OFFICES
OF ERICA T. YITZHAK and
ERICA T. YITZHAK, ESQ., P.C.

                Defendant(s).
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the annexed Memorandum of Law dated December 2, 2024, any exhibits attached thereto, and upon all pleadings and proceedings had herein, Defendants will move this Court, on a date to be set by the Court, before the Honorable Judge Pamela K. Chen, for an Order, remanding this matter to the State Court for adjudication.

Dated:    Syosset, New York
             December 2, 2024

                          Respectfully submitted,

                          THE WEINSTEIN GROUP, P.C.

                          By:
                          LLOYD J. WEINSTEIN, Esq.
                          (Rule §130-1.1a) (NYS Tech Law §304(2))
                          6800 Jericho Turnpike, Suite 112W
                          Syosset, New York 11791
                          Telephone: 516-802-5330
                          Facsimile: 516-802-5332
                          ljw@theweinsteingroup.net